## Commonwealth *v.* Walker, Appellant.

Submitted September 10, 1969. *Melvin L. Fuhrman,* for appellant; *Walter W. Cohen* and *James D. Crawford,*

Assistant District Attorneys, *Richard A. Sprague,* First Assistant District Attorney, and *Arlen Specter,* District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.